UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Advance Magazine Publishers Inc.

                              Plaintiff,

v.

                              Case No.: 1:21−cv−05473

                              Honorable Steven C. Seeger

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 20, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: On April 7, 2022, this Court entered default against the Defendants under Rule 55(a), and ordered Defendants to respond to the motion for default judgment by April 18, 2022. (Dckt. No. [58]) Since then, Defendants have not responded. They did not respond to the motion for default judgment. Defendants also have not filed a response to the complaint, either. The only exception is Defendant Huang Min, a Chinese seller who sells goods on Amazon under the name the Kope family. This Court recently gave that Defendant until April 27, 2022 to file a response. The motion for default judgment (Dckt. No. [55]) is hereby granted against all other Defendants. Final Judgment Order to follow. The case remains pending against Huang Min only. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.