UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Advance Magazine Publishers Inc.

                        Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                        Defendant.

Case No.: 1:21−cv−05473

Honorable Steven C. Seeger

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 20, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: By May 6, 2022, Plaintiff's counsel must file a spreadsheet that identifies with particularity each and every "Schedule A" case filed by Greer, Burns & Crain from January 1, 2020 to December 31, 2021. The spreadsheet must include the name of each case, the case number, and the assigned judge. Plaintiff's counsel also must submit an Excel version of the spreadsheet by emailing a copy to Judge Seeger's proposed order inbox. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.