IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC., <br><br> Plaintiff, <br><br> v. <br><br> MY WARDROBE STORE, et al., <br><br> Defendants. | Case No. 21-cv-05473 <br><br> **Hon. Steven C. Seeger** <br><br> **Magistrate Judge Sheila M. Finnegan** |

## PLAINTIFF'S STATEMENT REGARDING [66]

Pursuant to this Court's Minute Entry [66], Plaintiff Advance Magazine Publishers Inc. ("Plaintiff") submits the following:

- **Exhibit 1**, which is a spreadsheet that lists each and every Schedule A case filed in this District by Greer, Burns, & Crain from January 1, 2020 to December 31, 2021. The spreadsheet includes the name of each case, the case number, and the assigned judge.

Plaintiff will also submit an Excel version of this spreadsheet to the Court's proposed order inbox.

Dated this 6th day of May 2022.  Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff Advance Magazine Publishers Inc.*