# Exhibit 1

| Case No. | Case Name | Judge |
|---|---|---|
| 20cv95 | Herschel Supply Company Ltd. v. The Partnerships, et al. | Feinerman |
| 20cv189 | Levi Strauss & Co. v. Lexrev Store, et al. | Gettleman |
| 20cv277 | Oakley, Inc. v. Adventurer, et al. | Gettleman |
| 20cv268 | H-D U.S.A., LLC v. Automobile Lights Store, et al. | Kocoras |
| 20cv325 | Nectar Collector Colorado, LLC v. The Partnerships, et al. | Durkin |
| 20cv329 | Oakley, Inc. v. July Breeze, et al. | Pacold |
| 20cv344 | Canada Goose Inc. v. Canadagoosebigdeals.com, et al. | Alonso |
| 20cv334 | Canada Goose Inc. v. Zhen Luo, et al. | Ellis |
| 20cv534 | Swarovski Aktiengesellschaft and Swarovski North America Limited v. Swarovskischmuck.com, et al. | Coleman |
| 20cv530 | Richemont International SA, et al. v. Zhang Chan, et al. | Ellis |
| 20cv535 | Tommy Hilfiger Licensing LLC v. Yao Long He, et al. | Norgle |
| 20cv526 | Deckers Outdoor Corporation v. Uggsoutletofficials.us.com, et al. | Tharp |
| 20cv532 | Chapter 4 Corp. v. Cheapluxurygoodbags.world, et al. | Norgle |
| 20cv524 | Gold's Gym Licensing, LLC v. Choynsunday Official Store, et al. | Tharp |
| 20cv700 | Nike, Inc. v. 155dsaxx, et al. | Wood |
| 20cv689 | Nike, Inc. v. 2018 Boy Shoes, et al. | Alonso |
| 20cv688 | Nike, Inc. v. AGcv85, et al. | Kendall |
| 20cv736 | H-D U.S.A., LLC v. Chicheng Automobiles & Motorcycles Accessories Shop Store, et al. | Shah |
| 20cv649 | Calvin Klein Trademark Trust and Calvin Klein, Inc. v. Yong An Pan, et al. | Kness |
| 20cv728 | Entertainment One UK Ltd. v. Happydeal365, et al. | Rowland |
| 20cv714 | Nike, Inc. v. Da Liang Store, et al. | Durkin |
| 20cv715 | Nike, Inc. v. Lhpwtq Chuang Store, et al. | Chang |
| 20cv628 | Spin Master Ltd. and Spin Master, Inc. v. California Pineapple Toy Store, et al. | Gottschall |
| 20cv776 | Patagonia, Inc. v. Ya Ban Chen, et al. | Wood |
| 20cv769 | Nike, Inc. v. Amy Coulee Shop Store, et al. | Rowland |
| 20cv780 | Nectar Collector Colorado, LLC v. Cjmy Store, et al. | Feinerman |
| 20cv768 | Nike, Inc. v. Aiyoaiyo Car Decor Store, et al. | Alonso |
| 20cv788 | Marc Jacobs Trademarks, LLC and Marc Jacobs International, LLC, v. The Partnerships, et al. | Wood |
| 20cv820 | Estée Lauder Cosmetics Ltd. and Make-up Art Cosmetics Inc., v. Lovethanks Enchanting Makeup Store and Lovethanks Makeup Tools Store, et al. | Chang |
| 20cv825 | Lululemon Athletica Canada Inc. v. Shenzhen Sushen Fashion Clothing Co., Ltd., et al. | Bucklo |
| 20cv807 | Marc Jacobs Trademarks, LLC, et al. v. Joustimo Stylish Store, et al. | Norgle |
| 20cv808 | Chrome Hearts LLC v. Decisiontree No.3 Store, et al. | Bucklo |
| 20cv845 | Estée Lauder Cosmetics Ltd. and Make-up Art Cosmetics Inc. v. Zhaosuyan and The Individuals and Entities Operating Zhaosuyan, et al. | Lee |
| 20cv879 | Kendra Scott, LLC v. Xie Ji Ping, et al. | Rowland |
| 20cv946 | Volkswagen Group of America, Inc. v. Ahour Store, et al. | Kocoras |

| | | |
|---|---|---|
| 20cv993 | Burberry Limited, et al. v. Yin Yan, et al. | Guzman |
| 20cv1058 | Monster Energy Company v. Coolkid Store, et al. | Alonso |
| 20cv1185 | Bulgari, S.p.a v. Xie Ji Ping, et al. | Kocoras |
| 20cv1186 | Bulgari, S.p.a v. The Partnerships, et al. | Wood |
| 20cv1338 | Luxottica Group S.p.A., et al. v. Rbaad.net, et al. | Norgle |
| 20cv1361 | Fitness Anywhere LLC v. Suzhou One Two Three Sports Goods Co., Ltd., et al. | Leinenweber |
| 20cv1348 | Luxottica Group S.p.A., et al. v. Aaaasunglasses.com, et al. | Pacold |
| 20cv1463 | Rimowa GmbH v. Cheaprimowaluggage.com, et al. | Shah |
| 20cv1562 | Studio Peyo S.A. v. Dongguan Ai Cheng Toys Co., Ltd., et al. | Coleman |
| 20cv1622 | PRL USA Holdings, Inc. v. Bags Wallet Trends Store, et al. | Leinenweber |
| 20cv1511 | Eagles, Ltd. v. Ak7 Store, et al. | Rowland |
| 20cv1673 | Swarovski Aktiengesellschaft and Swarovski North America Limited v. 18future, et al. | Durkin |
| 20cv1676 | Swarovski Aktiengesellschaft and Swarovski North America Limited v. Come On Blue Lady, et al. | Gettleman |
| 20cv1710 | Entertainment One UK Ltd. v. Funs Toy Store, et al. | Chang |
| 20cv1731 | Entertainment One UK Ltd. v. Candysun Funny Store, et al. | Norgle |
| 20cv1724 | Chapter 4 Corp. v. The Partnerships, et al. | Norgle |
| 20cv1725 | Chapter 4 Corp. v. The Partnerships, et al. | Dow |
| 20cv1865 | Entertainment One UK Ltd. v. Little Surprise Gifts Store, et al. | Kocoras |
| 20cv1846 | Snappi Holdings (Pty) Ltd. v. Bratyeessi Official Store, et al. | Pallmeyer |
| 20cv1885 | Nba Properties, Inc., et al. v. Zou Peng, et al. | Bucklo |
| 20cv2123 | Eye SAfety Systems, Inc. v. The Partnerships, et al. | Bucklo |
| 20cv2154 | Burberry Limited, et al. v. Abbylife, et al. | Blakey |
| 20cv2150 | Burberry Limited, et al. v. Aeozring Store, et al. | Durkin |
| 20cv2169 | H-D U.s.a, LLC v. Dpsupr Factory Store, et al. | Chang |
| 20cv2187 | Sugartown Worldwide, LLC, et al. v. Memoryhome Store, et al. | Ellis |
| 20cv2211 | H-D U.S.A., LLC v. Zhuangxiu Fashion and The Individuals and Entities Operating Zhuangxiu Fashion, et al. | Lee |
| 20cv2297 | Luxottica Group S.p.A., et al. v. Rbzxr.com, et al. | Aspen |
| 20cv2302 | Canada Goose Inc. v. Canadagooseoutlet.xyz, et al. | Shah |
| 20cv2309 | Cartier International A.G. v. Aaaaaluxurywatch.com and The Individuals and Entities Operating Aaaaaluxurywatch.com, et al. | Chang |
| 20cv2336 | Richemont International SA, et al. v. 3aimitationbags.com, et al. | Wood |
| 20cv2363 | PopSockets LLC v. Portefeuille Official Store, et al. | Coleman |
| 20cv2427 | Christian Dior Couture, SA. v. Bestevernever.club, et al. | Blakey |
| 20cv2421 | Christian Dior Couture, SA. v. Chinabrandmall.com, et al. | Gettleman |
| 20cv2424 | River Light V, L.P. and Tory Burch LLC v. Xu Jin Jian, et al. | Bucklo |
| 20cv2440 | Entertainment One UK Ltd. v. 3bluesky Store, et al. | Kness |
| 20cv2438 | Levi Strauss & Co. v. The Partnerships, et al. | Tharp |
| 20cv2441 | Tommy Hilfiger Licensing LLC v. Tommycle.online, et al. | Bucklo |
| 20cv2444 | Chapter 4 Corp. v. Supremetshirt.us, et al. | Blakey |
| 20cv2462 | Luxottica Group S.p.A. v. 143 Store, et al. | Rowland |

| | | |
|---|---|---|
| 20cv2501 | Trias Holding AG v. MCMbackpacksoutletsale.com, et al. | Bucklo |
| 20cv2476 | Bose Corporation v. The 41st Robber Store, et al. | Kennelly |
| 20cv2522 | Patagonia, Inc. v. Ashsfitmall.com, et al. | Ellis |
| 20cv2554 | Zippo Manufacturing Company v. Bwohops Lighter Store, et al. | Tharp |
| 20cv2551 | Marc Jacobs Trademarks, LLC and Marc Jacobs International, LLC v. Acelure a Store, et al. | Blakey |
| 20cv2556 | Oakley, Inc. v. The Partnerships, et al. | Lee |
| 20cv2552 | Benefit Cosmetics LLC, v. Barbera Store, et al. | Wood |
| 20cv2617 | Nike, Inc. v. 0574 Store, et al. | Chang |
| 20cv2606 | Deckers Outdoor Corporation v. Uggsnowboots.us, et al. | Ellis |
| 20cv2613 | Nike, Inc. v. 333stronger, et al. | Kocoras |
| 20cv2615 | Nike, Inc. v. Skr Store, et al. | Ellis |
| 20cv2611 | Cocoon Innovations, LLC v. Fanhhui Store, et al. | Kness |
| 20cv2619 | Nike, Inc. v. Wellsriring Store, et al. | Kness |
| 20cv2618 | Nike, Inc. v. The Partnerships, et al. | Lee |
| 20cv2630 | Swarovski Aktiengesellschaft, et al. v. Onlineborse.net, et al. | Kness |
| 20cv2626 | Nike, Inc. v. Afu-shoes Store, et al. | Bucklo |
| 20cv2640 | The Final Co. LLC v. 16beautyday, et al. | Leinenweber |
| 20cv2724 | Kenzo SA v. Cuizaihe985 and The Individuals and Entities Operating Cuizaihe985, et al. | Lee |
| 20cv2752 | H-D U.S.A., LLC, v. Anhuita Store, et al. | Gettleman |
| 20cv2765 | Gold's Gym Licensing LLC v. Coolmifashion Store, et al. | Feinerman |
| 20cv2874 | Sugartown Worldwide, LLC, et al. v. Darlings Store, et al. | Durkin |
| 20cv2876 | Chapter 4 Corp. v. Womentopaccessories.xyz, et al. | Dow |
| 20cv2934 | Costa Del Mar, Inc. v. Shop5369069, et al. | Blakey |
| 20cv2931 | Deckers Outdoor Corporation v. Aoxunlong The Pursuit of Quality Store, et al. | Shah |
| 20cv2930 | Deckers Outdoor Corporation v. 0eshop-2014, et al. | Durkin |
| 20cv2955 | Oakley, Inc. v. The Partnerships, et al. | Durkin |
| 20cv2962 | Oakley, Inc. v. The Partnerships, et al. | Valderrama |
| 20cv2970 | Oakley, Inc. v. The Partnerships, et al. | Shah |
| 20cv2983 | Elenco Electronics, Inc. v. Aiboy Store, et al. | Wood |
| 20cv3021 | Levi Strauss & Co. v. Danjeaner Official Store, et al. | Ellis |
| 20cv3018 | Celine SA v. Celiny Store, et al. | Tharp |
| 20cv3036 | Oakley, Inc. v. Soof Jfhhf Woman Wearing, et al. | Wood |
| 20cv3027 | Chrome Hearts LLC v. Chromehearts.online, et al. | Tharp |
| 20cv3019 | Givenchy SA v. Shop120632 Store, et al. | Kennelly |
| 20cv3024 | Christian Dior Couture, SA v. Fansomall.com, et al. | Pacold |
| 20cv3104 | LVMH Swiss Manufactures SA and Hublot SA v. Hublotbest.com, et al. | Durkin |
| 20cv3128 | Volkswagen Group of America, Inc. v. Aukur-us, et al. | Kness |
| 20cv3131 | Volkswagen Group of America, Inc. v. Brandcar Store, et al. | Durkin |
| 20cv3151 | H-D U.S.A., LLC v. Benyue Official Store, et al. | Kennelly |
| 20cv3217 | Entertainment One UK Ltd. v. Andsgdmall Andsgdmall Store, et al. | Tharp |

| | | |
|---|---|---|
| 20cv3215 | Fitness Anywhere LLC v. Qingdao Ace Plus International Trading Co., Ltd., et al. | Leinenweber |
| 20cv3236 | SanDisk LLC v. Branddiscount Store, et al. | Kocoras |
| 20cv3220 | Costa Del Mar, Inc. v. Shop4925102 Store, et al. | Wood |
| 20cv3239 | Deckers Outdoor Corporation v. Fashion World's Store, et al. | Dow |
| 20cv3264 | Oakley, Inc. v. The Partnerships, et al. | Ellis |
| 20cv3278 | Trias Holding AG v. Amilta Store, et al. | Aspen |
| 20cv3274 | Richemont International SA, et al v. Anyreplicawatches.co.com, et al. | Tharp |
| 20cv3286 | Sugartown Worldwide, LLC v. Wmzvmlkivpsukh and The Individuals and Entities Operating Wmzvmlkivpsukh-, et al. | Chang |
| 20cv3298 | Sugartown Worldwide LLC, et al. v. Fr Store, et al. | Kennelly |
| 20cv3343 | Innovation First, Inc. v. Abundant Childhood Toy Store, et al. | Durkin |
| 20cv3363 | Monster Energy Company v. The Partnerships, et al. | Lee |
| 20cv3382 | Luxottica Group S.p.A., et al. v. Raybac.club, et al. | Guzman |
| 20cv3478 | Chapter 4 Corp. v. Supremeclothingoutlet.us, et al. | Guzman |
| 20cv3486 | Oakley, Inc. v. China High Quality Products Store, et al. | Blakey |
| 20cv3542 | Oakley, Inc. v. All-inbikev, et al. | Gettleman |
| 20cv3547 | Oakley, Inc. v. Adventurer, et al. | Blakey |
| 20cv3548 | Kenzo SA v. Classyonsale.com, et al. | Feinerman |
| 20cv3572 | Nba Properties, Inc., et al. v. Cheapbaseballjerseysmlb.us.com, et al. | Ellis |
| 20cv3576 | Nike, Inc. v. Aia Sportswear Store Store and The Individuals and Entities Operating Aia Sportswear Store Store, et al. | Lee |
| 20cv3708 | Nike, Inc. v. Shop3036010 Store, et al. | Coleman |
| 20cv3688 | H-D U.s.a, LLC v. Kai Ping Mei Park Kaiping Store, et al. | Coleman |
| 20cv3714 | Monster Energy Company v. Defoe Official Store, et al. | Kendall |
| 20cv3712 | Tommy Hilfiger Licensing LLC v. Shop5246202 Store, et al. | Durkin |
| 20cv3699 | Oakley, Inc. v. The Partnerships, et al. | Kennelly |
| 20cv3738 | Estée Lauder Cosmetics Ltd. and Make-up Art Cosmetics v. Chinese Quality Store, et al. | Seeger |
| 20cv3733 | Nike, Inc. v. The Partnerships, et al. | Durkin |
| 20cv3775 | The Final Co. LLC v. Hot Tv Show Store, et al. | Kendall |
| 20cv3799 | Sugartown Worldwide, LLC. v. The Partnerships, et al. | Shah |
| 20cv3838 | H-D U.S.A., LLC v. Hina Liff Store, Et At., et al. | Valderrama |
| 20cv3923 | Nike, Inc. v. Dongguan Betteractive Fashion Co., Ltd., et al. | Durkin |
| 20cv3935 | Christian Dior Couture, S.A. v. The Partnerships, et al. | Aspen |
| 20cv3951 | Entertainment One UK Ltd. v. The Partnerships, et al. | Kennelly |
| 20cv4162 | Luxottica Group S.p.A. and Oakley, Inc. v. Rayaek.com, et al. | Durkin |
| 20cv4158 | Nike, Inc. v. 3-d Visual Lamp Store, et al. | Guzman |
| 20cv4171 | Oakley, Inc. v. Zonebikecycle Store, et al. | Valderrama |
| 20cv4166 | Richemont International SA, et al. v. The Partnerships | Kocoras |
| 20cv4265 | Nike, Inc. v. The Partnerships, et al. | Norgle |
| 20cv4268 | Costa Del Mar, Inc. v. The Partnerships, et al. | Coleman |
| 20cv4320 | Deckers Outdoor Corporation v. The Partnerships, et al. | Coleman |

| | | |
|---|---|---|
| 20cv4371 | Games Workshop Ltd. v. The Partnerships, et al. | Tharp |
| 20cv4380 | Levi Strauss & Co. v. The Partnerships, et al. | Coleman |
| 20cv4370 | Lululemon Athletica Canada Inc. v. The Partnerships, et al. | Kness |
| 20cv4421 | Oakley, Inc. v. Katrina's Optical Items Store, et al. | Ellis |
| 20cv4423 | Volkswagen Group of America, Inc. v. The Partnerships, et al. | Norgle |
| 20cv4402 | Oakley, Inc. v. The Partnerships, et al. | Rowland |
| 20cv4487 | Bulgari, S.p.a v. The Partnerships, et al. | Coleman |
| 20cv4486 | Tommy Hilfiger Licensing LLC v. African Apparel7788 Store, et al. | Valderrama |
| 20cv4596 | H-D U.S.A., LLC v. The Partnerships, et al. | Kness |
| 20cv4694 | Chapter 4 Corp. v. The Partnerships, et al. | Lee |
| 20cv4736 | Chapter 4 Corp. v. The Partnerships, et al. | Valderrama |
| 20cv4777 | Swarovski Aktiengesellschaft and Swarovski North America Limited v. The Partnerships, et al. | Guzman |
| 20cv4775 | Studio Peyo S.A. v. The Partnerships, et al. | Kocoras |
| 20cv4803 | Nike, Inc. v. Loubit Shoes Store, et al. | Rowland |
| 20cv4859 | Entertainment One UK Ltd. v. The Partnerships, et al. | Tharp |
| 20cv4933 | Elenco Electronics, Inc. v. Little Childhood World Toy Store, et al. | Kendall |
| 20cv4916 | Fitness Anywhere LLC v. The Partnerships, et al. | Tharp |
| 20cv4925 | Bose Corporation v. The Partnerships, et al. | Kocoras |
| 20cv4956 | Chrome Hearts LLC v. Zeegle Dm Store, et al. | Guzman |
| 20cv5049 | Oakley Inc. v. The Partnerships, et al. | Kness |
| 20cv5082 | Levi Strauss & Co. v. The Partnerships, et al. | Wood |
| 20cv5223 | Nicholas Mechling and Christopher Mechling v. The Partnerships, et al. | Aspen |
| 20cv5183 | Sugartown Worldwide LLC v. E-fun Store, et al. | Shah |
| 20cv5244 | Nike, Inc. v. The Partnerships, et al. | Pacold |
| 20cv5241 | Deckers Outdoor Corporation v. The Partnerships, et al. | Norgle |
| 20cv5278 | Givenchy SA v. Aliexpress-official Store, et al. | Norgle |
| 20cv5314 | Oakley, Inc. v. Your,modis Store, et al. | Pallmeyer |
| 20cv5311 | Nike, Inc. v. Jo Global Store, et al. | Kennelly |
| 20cv5359 | Luxottica Group S.p.A. and Oakley, Inc. v. The Partnerships, et al. | Ellis |
| 20cv5417 | Christian Dior Couture, SA v. 58vendor.com, et al. | Rowland |
| 20cv5390 | Nike, Inc. v. Shop1513394 Store, et al. | Ellis |
| 20cv5444 | Monster Energy Company v. The Partnerships, et al. | Dow |
| 20cv5414 | Monster Energy Company v. Shim-9674 and The Individuals and Entities Operating Shim-9674, et al. | Lee |
| 20cv5446 | Costa Del Mar, Inc. v. The Partnerships, et al. | Feinerman |
| 20cv5470 | Bludgeon Riffola Ltd. v. The Partnerships, et al. | Guzman |
| 20cv5454 | Converse Inc. v. The Partnerships, et al. | Pacold |
| 20cv5493 | Nike, Inc. v. Shop5881441 Store, et al. | Ellis |
| 20cv5511 | Kenzo SA v. The Partnerships, et al. | Tharp |
| 20cv5540 | Nba Properties, Inc., et al. v. The Partnerships | Bucklo |
| 20cv5590 | Kendra Scott, LLC v. The Partnerships, et al. | Coleman |
| 20cv5581 | H-D U.S.A., LLC v. The Partnerships, et al. | Ellis |

| | | |
|---|---|---|
| 20cv5635 | Converse Inc. v. The Partnerships, et al. | Coleman |
| 20cv5762 | Trias Holding AG v. MCMbackpackslive.com, et al. | Coleman |
| 20cv5864 | Eye SAfety Systems, Inc. v. Ensu Outdoor Store, Et. Al., et al. | Kendall |
| 20cv5943 | Oakley, Inc. v. The Partnerships, et al. | Chang |
| 20cv5972 | Oakley, Inc. v. Teraysun Store, et al. | Valderrama |
| 20cv6038 | Nike, Inc. v. The Partnerships, et al. | Feinerman |
| 20cv6113 | Sugartown Worldwide LLC v. Homebeauty Handwork Store, et al. | Kendall |
| 20cv6115 | Chapter 4 Corp. v. The Partnerships, et al. | Kendall |
| 20cv6135 | Spin Master Ltd. and Spin Master, Inc. v. The Partnerships, et al. | Seeger |
| 20cv6227 | Canada Goose Inc. v. Canadagoose-jacket.com, et al. | Gettleman |
| 20cv6267 | Christian Dior Couture, S.A. v. Luxmall3c.com, et al. | Kness |
| 20cv6326 | Chrome Cherry Design Studio (Pty) Ltd v. The Partnerships, et al. | Alonso |
| 20cv6357 | Swarovski Aktiengesellschaft and Swarovski North America Limited v. The Partnerships, et al. | Valderrama |
| 20cv6398 | Bose Corporation v. The Partnerships, et al. | Kendall |
| 20cv6492 | Entertainment One UK Ltd. v. Rebecaa Yao's International Store, et al. | Pacold |
| 20cv6508 | Tommy Hilfiger Licensing LLC, et al. v. Calvinkleinen.com, et al. | Shah |
| 20cv6506 | Deckers Outdoor Corporation v. The Partnerships, et al. | Feinerman |
| 20cv6495 | Oakley, Inc. v. The Partnerships, et al. | Ellis |
| 20cv6515 | Nike, Inc. v. The Partnerships, et al. | Rowland |
| 20cv6593 | Crayola Properties, Inc. v. The Partnerships, et al. | Leinenweber |
| 20cv6614 | Chrome Hearts LLC v. The Partnerships, et al. | Ellis |
| 20cv6666 | Spin Master Ltd. and Spin Master, Inc. v. The Partnerships, et al. | Chang |
| 20cv6683 | H-D U.S.A., LLC v. The Partnerships, et al. | Gettleman |
| 20cv6673 | Studio Peyo S.A. v. The Partnerships, et al. | Alonso |
| 20cv6676 | Oakley, Inc. v. The Partnerships, et al. | Pacold |
| 20cv6671 | PRL USA Holdings, Inc. v. Ralphlaurenpoloblue.com, et al. | Shah |
| 20cv6718 | Deckers Outdoor Corporation v. The Partnerships, et al. | Gottschall |
| 20cv6724 | Luxottica Group S.p.A. and Oakley, Inc. v. The Partnerships, et al. | Feinerman |
| 20cv6731 | Richemont International SA, et al. v. The Partnerships | Pallmeyer |
| 20cv6854 | Hung234 and The Individuals and Entities Operating Hung234 v. The Partnerships, et al. | Wood |
| 20cv6865 | Spin Master Ltd. and Spin Master, Inc. v. The Partnerships, et al. | Gottschall |
| 20cv6918 | Entertainment One UK Ltd. v. The Partnerships, et al. | Dow |
| 20cv6948 | PopSockets LLC v. The Partnerships, et al. | Ellis |
| 20cv6970 | Monster Energy Company v. The Partnerships, et al. | Shah |
| 20cv7047 | Levi Strauss & Co. v. The Partnerships, et al. | Bucklo |
| 20cv7053 | LVMH Swiss Manufactures SA v. 1kmluxurya.com, et al. | Wood |
| 20cv7048 | Studio Peyo S.A. v. The Partnerships, et al. | Bucklo |
| 20cv7079 | LVMH Swiss Manufactures SA and Hublot SA v. The Partnerships, et al. | Blakey |
| 20cv7105 | Nike, Inc. v. Uxe80tao, et al. | Chang |
| 20cv7120 | Zippo Manufacturing Company v. The Partnerships, et al. | Bucklo |
| 20cv7127 | H-D U.S.A., LLC v. The Partnerships, et al. | Pacold |

| | | |
|---|---|---|
| 20cv7116 | H-D U.S.A., LLC v. USAcamall and The Individuals and Entities Operating USAcamall, et al. | Lee |
| 20cv7123 | Deckers Outdoor Corporation v. Uggaustraliaukoutlet.com, et al. | Feinerman |
| 20cv7141 | Volkswagen Group of America, Inc. v. The Partnerships, et al. | Bucklo |
| 20cv7140 | Volkswagen Group of America, Inc. v. The Partnerships, et al. | Feinerman |
| 20cv7138 | Nike, Inc. v. The Partnerships, et al. | Pacold |
| 20cv7176 | Patagonia, Inc. v. The Partnerships, et al. | Ellis |
| 20cv7185 | Loewe S.A. v. The Partnerships, et al. | Valderrama |
| 20cv7180 | Christian Dior Couture, S.A. v. Diorreplicas.com, et al. | Pacold |
| 20cv7178 | Converse Inc. V.shop1169625 Store, et al. | Dow |
| 20cv7175 | Eagles, Ltd. v. The Partnerships, et al. | Kennelly |
| 20cv7225 | Nike, Inc. v. The Partnerships, et al. | Kendall |
| 20cv7279 | Peanuts Worldwide LLC v. The Partnerships, et al. | Rowland |
| 20cv7294 | Celine SA v. The Partnerships, et al. | Tharp |
| 20cv7273 | Entertainment One UK Ltd. v. The Partnerships, et al. | Valderrama |
| 20cv7286 | Peanuts Worldwide LLC v. The Partnerships, et al. | Alonso |
| 20cv7287 | Peanuts Worldwide LLC v. The Partnerships, et al. | Wood |
| 20cv7360 | Manchester United Football Club Limited, et al. v. The Partnerships | Kennelly |
| 20cv7330 | Chapter 4 Corp. v. The Partnerships, et al. | Kness |
| 20cv7352 | Nike, Inc. v. The Partnerships, et al. | Kocoras |
| 20cv7345 | Lululemon Athletica Canada Inc. v. The Partnerships, et al. | Blakey |
| 20cv7356 | Manchester United Football Club Limited, et al. v. The Partnerships | Ellis |
| 20cv7364 | Manchester United Football Club Limited, et al. v. The Partnerships | Valderrama |
| 20cv7389 | Kenzo SA v. The Partnerships, et al. | Dow |
| 20cv7383 | Sugartown Worldwide LLC v. The Partnerships, et al. | Kness |
| 20cv7454 | Marshall Amplification Plc v. The Partnerships, et al. | Lee |
| 20cv7477 | Tommy Hilfiger Licensing LLC, Calvin Klein Trademark Trust and Calvin Klein, Inc. v. The Partnerships, et al. | Kennelly |
| 20cv7499 | Marshall Amplification Plc v. The Partnerships, et al. | Pallmeyer |
| 20cv7529 | Marshall Amplification Plc v. The Partnerships, et al. | Gottschall |
| 20cv7543 | Nba Properties, Inc., et al. v. The Partnerships | Kness |
| 20cv7555 | Kenzo SA v. The Partnerships, et al. | Lee |
| 20cv7614 | Nike, Inc. v. Supermen Store, et al. | Alonso |
| 20cv7812 | Patagonia, Inc. v. The Partnerships, et al. | Chang |
| 21cv10 | H-D U.S.A., LLC v. The Partnerships, et al. | Kendall |
| 21cv14 | Patagonia, Inc. v. The Partnerships, et al. | Alonso |
| 21cv99 | Fox Head, Inc. v. The Partnerships, et al. | Valderrama |
| 21cv222 | Givenchy SA v. The Partnerships, et al. | Rowland |
| 21cv293 | Studio Peyo S.A. v. The Partnerships, et al. | Durkin |
| 21cv326 | Converse Inc. v. The Partnerships, et al. | Leinenweber |
| 21cv317 | Luxottica Group S.p.A., et al. v. The Partnerships | Valderrama |
| 21cv329 | Nike, Inc. v. The Partnerships, et al. | Valderrama |

| | | |
|---|---|---|
| 21cv325 | Marc Jacobs Trademarks, LLC and Marc Jacobs International, LLC v. [sedgdrf456fdg] and The Individuals and Entities Operating [sedgdrf456fdg], -, et al. | Chang |
| 21cv347 | Christian Dior Couture, S.A. v. The Partnerships, et al. | Coleman |
| 21cv332 | The Final Co. LLC v. The Partnerships, et al. | Shah |
| 21cv352 | Monster Energy Company v. The Partnerships, et al. | Dow |
| 21cv377 | Marc Jacobs Trademarks, LLC and Marc Jacobs International, LLC, v. The Partnerships, et al. | Alonso |
| 21cv389 | Costa Del Mar, Inc. v. The Partnerships, et al. | Valderrama |
| 21cv458 | Oakley, Inc. v. Tiendaspereduche and The Individuals and Entities Operating Tiendaspereduche | Lee |
| 21cv471 | Trial Holding AG v. The Partnerships, et al. | Leinenweber |
| 21cv461 | Richemont International SA, et al. v. The Partnerships | Kendall |
| 21cv496 | H-D U.S.A., LLC v. The Partnerships, et al. | Tharp |
| 21cv499 | H-D U.S.A., LLC v. The Partnerships, et al. | Alonso |
| 21cv536 | Oakley, Inc. v. The Partnerships, et al. | Kennelly |
| 21cv516 | Benefit Cosmetics LLC v. Beautyface Keeping Store, et al., - | Kennelly |
| 21cv589 | Sugartown Worldwide LLC v. Unique Style Paws Official Store, et al., - | Kocoras |
| 21cv615 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Feinerman |
| 21cv623 | Peanuts Worldwide LLC v. The Partnerships, et al. | Ellis |
| 21cv632 | Peanuts Worldwide LLC v. The Partnerships, et al. | Pacold |
| 21cv627 | Peanuts Worldwide LLC v. The Partnerships, et al. | Dow |
| 21cv672 | PopSockets LLC v. The Partnerships, et al. | Dow |
| 21cv713 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Pacold |
| 21cv714 | Swarovski Aktiengesellschaft and Swarovski North America Limited v. Tshop1759657 Store, et al. - | Guzman |
| 21cv818 | Oakley, Inc. v. The Partnerships, et al. | Pacold |
| 21cv849 | Chapter 4 Corp. v. The Partnerships, et al. | Valderrama |
| 21cv875 | Oakley, Inc. v. The Partnerships, et al. | Feinerman |
| 21cv938 | Bludgeon Riffola Ltd. v. The Partnerships and Unincorporated Associations Identified On Schedule "A", | Seeger |
| 21cv935 | Bludgeon Riffola Ltd. v. The Partnerships and Unincorporated Associations Identified On Schedule "A", | Kendall |
| 21cv976 | Nakefit USA, LLC v. Shop1230303 Store -, et al. | Pacold |
| 21cv990 | PopSockets LLC v. The Partnerships, et al. | Tharp |
| 21cv989 | Deckers Outdoor Corporation v. Shop1021070, et al. - | Rowland |
| 21cv980 | Deckers Outdoor Corporation v. Shop1454388 Store and The Individuals and Entities Operating Shop1454388 Store -, et al. | Seeger |
| 21cv1043 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Kendall |
| 21cv1047 | Otter Products, LLC, v. SAndian Official Store and The Individuals and Entities Operating SAndian Official Store | Lee |
| 21cv1037 | Canada Goose Inc. v. The Partnerships, et al. | Chang |

| | | |
|---|---|---|
| 21cv1033 | Deckers Outdoor Corporation v. Men Women Love Oxford Flats Big Size Store and The Individuals and Entities Operating Men Women Love Oxford Flats Big Size Store -, et al. | Lee |
| 21cv1041 | H-D U.S.A., LLC v. A&dm Store and The Individuals and Entities Operating A&dm Store -, et al. | Aspen |
| 21cv1076 | Studio Peyo S.A. v. The Partnerships, et al. | Gottschall |
| 21cv1051 | Bludgeon Riffola Ltd. v. The Partnerships and Unincorporated Associations Identified On Schedule "A", | Kendall |
| 21cv1070 | Deckers Outdoor Corporation v. A+++ Ramialali Store, et al. - | Dow |
| 21cv1107 | Canada Goose Inc. v. The Partnerships, et al. | Ellis |
| 21cv1099 | Peanuts Worldwide LLC v. The Partnerships, et al. | Tharp |
| 21cv1104 | Tommy Hilfiger Licensing LLC, et al. v. Calvinkleinoutlets.us, et al. - | Pacold |
| 21cv1100 | Peanuts Worldwide LLC v. The Partnerships, et al. | Durkin |
| 21cv1109 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Coleman |
| 21cv1192 | Fox Head, Inc. v. The Partnerships, et al. | Pacold |
| 21cv1193 | Peanuts Worldwide LLC v. The Partnerships, et al. | Feinerman |
| 21cv1173 | Entertainment One UK Ltd. v. The Partnerships, et al. | Coleman |
| 21cv1216 | Entertainment One UK Ltd. v. The Partnerships, et al. | Durkin |
| 21cv1272 | Herschel Supply Company Ltd. v. The Partnerships, et al. | Kness |
| 21cv1260 | Lululemon Athletica Canada Inc. v. The Partnerships, et al. | Chang |
| 21cv1263 | Automobili Lamborghini America, LLC v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Ellis |
| 21cv1261 | Automobili Lamborghini America, LLC v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Lee |
| 21cv1287 | Automobili Lamborghini America, LLC v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Chang |
| 21cv1284 | Lululemon Athletica Canada Inc. v. The Partnerships, et al. | Kendall |
| 21cv1310 | Automobili Lamborghini America, LLC v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Shah |
| 21cv1418 | Peanuts Worldwide LLC v. The Partnerships, et al. | Seeger |
| 21cv1437 | Converse Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Shah |
| 21cv1451 | Peanuts Worldwide LLC v. The Partnerships, et al. | Rowland |
| 21cv1470 | Peanuts Worldwide LLC v. The Partnerships, et al. | Chang |
| 21cv1489 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Seeger |
| 21cv1558 | Marshall Amplification Plc v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Seeger |
| 21cv1555 | Christian Dior Couture, S.A. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Kennelly |
| 21cv1594 | Nba Properties, Inc., MLB Advanced Media, L.P., Major League Baseball Properties, Inc., NHL Enterprises, L.P., NFL Properties LLC, Collegiate Licensing Company, LLC, and The Regents of The University of California v. The Partnerships, et al. | Alonso |

| | | |
|---|---|---|
| 21cv1584 | Peanuts Worldwide LLC v. The Partnerships, et al. | Ellis |
| 21cv1583 | Peanuts Worldwide LLC v. The Partnerships, et al. | Rowland |
| 21cv1621 | Otter Products, LLC v. The Partnerships, et al. | Tharp |
| 21cv1660 | Fear of God, LLC v. The Partnerships, et al. | Kendall |
| 21cv1691 | H-D U.S.A., LLC v. Oly Official Store, et al. | Bucklo |
| 21cv1803 | H-D U.S.A., LLC v. Shop5873352 Store, et al. - | Feinerman |
| 21cv1810 | Chapter 4 Corp. v. The Partnerships, et al. | Norgle |
| 21cv1832 | Manchester United Football Club Limited, et al., v. Arzusw, et al., - | Ellis |
| 21cv1827 | Manchester United Football Club Limited, et al. v. Superwow Official Store, et al., - | Kennelly |
| 21cv1834 | PRL USA Holdings, Inc. v. Polorlpony.com, et al. | Dow |
| 21cv1833 | Luxottica Group S.p.A., Oakley, Inc., Eye SAfety Systems, Inc., and Costa Del Mar, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Ellis |
| 21cv1829 | Peanuts Worldwide LLC v. The Partnerships, et al. | Ellis |
| 21cv1874 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Kocoras |
| 21cv1930 | Deckers Outdoor Corporation v. Peakuggboots.shop, et al. - | Shah |
| 21cv1978 | Nirvana, L.l.c. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Ellis |
| 21cv1983 | Nirvana, L.l.c. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Pacold |
| 21cv1986 | Nirvana, L.l.c. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Dow |
| 21cv1992 | Peanuts Worldwide LLC v. The Partnerships, et al. | Seeger |
| 21cv2042 | Chrome Hearts LLC v. Chromeehearts.shop, et al. - | Feinerman |
| 21cv2112 | River Light V, L.P. and Tory Burch LLC v. Toryburchsandalsoutlet.us, et al. - | Kocoras |
| 21cv2115 | PopSockets LLC v. The Partnerships, et al. | Coleman |
| 21cv2114 | Oakley, Inc. v. The Partnerships, et al. | Pacold |
| 21cv2142 | Converse Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Rowland |
| 21cv2140 | Manchester United Football Club Limited, et al., v. Anhui Threeflame Garment Co., Ltd., et al., - | Feinerman |
| 21cv2161 | Monster Energy Company v. The Partnerships, et al. | Shah |
| 21cv2160 | H-D U.S.A., LLC v. The Partnerships, et al. | Wood |
| 21cv2137 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Rowland |
| 21cv2207 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Bucklo |
| 21cv2235 | MLB Advanced Media, L.P. and Major League Baseball Properties, Inc. v. The Partnerships, et al. | Kennelly |
| 21cv2237 | NFL Properties LLC v. The Partnerships, et al. | Kocoras |
| 21cv2239 | NHL Enterprises, L.P. v. The Partnerships, et al. | Rowland |
| 21cv2224 | Peanuts Worldwide LLC v. The Partnerships, et al. | Alonso |

| | | |
|---|---|---|
| 21cv2221 | Fitness Anywhere LLC v. Yw By Store and The Individuals and Entities Operating Yw By Store -, et al. | Lee |
| 21cv2284 | Richemont International SA, Cartier International A.G., Montblanc-simplo GmbH, Chloe S.A.s., Van Cleef & Arpels SA, and Officine Panerai A.G. v. The Partnerships, et al. | Blakey |
| 21cv2369 | Oakley, Inc. v. The Partnerships, et al. | Chang |
| 21cv2362 | Fitness Anywhere LLC v. The Partnerships and Unincorporated Associations Identified On Schedule "A", | Pacold |
| 21cv2367 | Bulgari, S.p.A. v. Bvlgarijewelrystores.us, et al. - | Guzman |
| 21cv2452 | Oakley, Inc. v. Desoldelos Store, et al. - | Seeger |
| 21cv2525 | Bludgeon Riffola Ltd. v. The Partnerships and Unincorporated Associations Identified On Schedule "A", | Feinerman |
| 21cv2546 | Studio Peyo S.A. v. The Partnerships, et al. | Blakey |
| 21cv2578 | Chrome Cherry Limited v. Artxdhk, et al. - | Pacold |
| 21cv2574 | Chrome Cherry Limited v. 404_slsntfound Store, et al. - | Pacold |
| 21cv2689 | Tommy Hilfiger Licensing LLC, et al. v. Calvinkleinoutletonline.com, et al. - | Feinerman |
| 21cv2692 | SanDisk LLC v. The Partnerships, et al. | Valderrama |
| 21cv2691 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Shah |
| 21cv2687 | Converse Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Durkin |
| 21cv2721 | Bose Corporation v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Kocoras |
| 21cv2735 | Levi Strauss & Co. v. Momoluna Store, et al. - | Bucklo |
| 21cv2747 | Innovation First, Inc. v. The Partnerships, et al. | Tharp |
| 21cv2742 | Oakley, Inc. v. Onever Car-life Store, et al. - | Wood |
| 21cv2795 | Luxottica Group S.p.A., Oakley, Inc., Eye SAfety Systems, Inc., and Costa Del Mar, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Kocoras |
| 21cv2791 | Entertainment One UK Ltd. v. The Partnerships, et al. | Wood |
| 21cv2812 | Peanuts Worldwide LLC v. The Partnerships, et al. | Bucklo |
| 21cv2932 | Chapter 4 Corp. v. The Partnerships and Unincorporated Associations Identified On Schedule "A", | Norgle |
| 21cv2926 | Oakley, Inc. v. The Partnerships, et al. | Chang |
| 21cv2921 | H-D U.S.A., LLC v. 1069g, et al. - | Alonso |
| 21cv2989 | Oakley, Inc. v. The Partnerships, et al. | Blakey |
| 21cv2970 | Lynyrd Skynyrd Productions, Inc. v. Gd003 Store and The Individuals and Entities Operating Gd003 Store -, et al. | Lee |
| 21cv3050 | Lynyrd Skynyrd Productions, Inc. v. The Partnerships, et al. | Leinenweber |
| 21cv3049 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Ellis |
| 21cv3064 | Sugartown Worldwide LLC v. The Partnerships, et al. | Gottschall |
| 21cv3103 | Converse Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Ellis |

| | | |
|---|---|---|
| 21cv3125 | Fox Head, Inc. v. a K Store and The Individuals and Entities Operating a K Store -, et al. | Lee |
| 21cv3133 | Monster Energy Company v. The Partnerships, et al. | Gettleman |
| 21cv3116 | Patagonia, Inc. v. The Partnerships, et al. | Pacold |
| 21cv3149 | Christian Dior Couture, S.A. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Shah |
| 21cv3144 | Kenzo SA v. The Partnerships, et al. | Seeger |
| 21cv3152 | Loewe S.A. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Coleman |
| 21cv3199 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Norgle |
| 21cv3204 | Fox Head, Inc. v. The Partnerships, et al. | Ellis |
| 21cv3202 | Peanuts Worldwide LLC v. The Partnerships, et al. | Tharp |
| 21cv3294 | H-D U.S.A., LLC v. Autopartsfactory Store, et al. - | Durkin |
| 21cv3340 | Marshall Amplification Plc v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Gettleman |
| 21cv3337 | Nba Properties, Inc., et al. v. The Partnerships | Norgle |
| 21cv3331 | Swarovski Aktiengesellschaft and Swarovski North America Limited v. Shop258021 Store, et al. | Valderrama |
| 21cv3477 | Frontline Advance, LLC v. The Partnerships, et al. | Shah |
| 21cv3471 | Spin Master Ltd. and Spin Master, Inc. v. Sensfun Background Store, et al. - | Alonso |
| 21cv3491 | PopSockets LLC v. The Partnerships, et al. | Leinenwber |
| 21cv3540 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Kness |
| 21cv3525 | Peanuts Worldwide LLC v. The Partnerships, et al. | Tharp |
| 21cv3534 | Monster Energy Company v. The Partnerships, et al. | Pallmeyer |
| 21cv3587 | Entertainment One UK Ltd. v. The Partnerships, et al. | Seeger |
| 21cv3581 | H-D U.S.A., LLC v. Xiao Yun Store, et al. - | Alonso |
| 21cv3586 | Richemont International SA, Cartier International A.G., Montblanc-simplo GmbH, Chloe S.A.s., Van Cleef & Arpels SA, and Officine Panerai A.G. v. The Partnerships, et al. | Ellis |
| 21cv3836 | Oakley, Inc. v. The Partnerships, et al. | Coleman |
| 21cv3828 | Studio Peyo S.A. v. The Partnerships, et al. | Rowland |
| 21cv3853 | Entertainment One UK Ltd. v. The Partnerships, et al. | Coleman |
| 21cv3858 | Eagles, Ltd. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Feinerman |
| 21cv3856 | Peanuts Worldwide LLC v. The Partnerships, et al. | Blakey |
| 21cv3874 | Christian Dior Couture, S.A. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Wood |
| 21cv3894 | Fear of God, LLC v. The Partnerships, et al. | Tharp |
| 21cv3925 | Oakley, Inc. v. The Partnerships, et al. | Chang |
| 21cv3915 | Tommy Hilfiger Licensing LLC, et al. v. Calvinkleinonderbroeken.com, et al. - | Kocoras |

| 21cv3964 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Kocoras |
|---|---|---|
| 21cv3966 | Luxottica Group S.p.A., Oakley, Inc., Eye SAfety Systems, Inc., and Costa Del Mar, Inc. v. The Partnerships, et al. | Alonso |
| 21cv3977 | Luxottica Group S.p.A., Oakley, Inc., and Costa Del Mar, Inc. v. The Partnerships, et al. | Seeger |
| 21cv3971 | Manchester United Football Club Limited, et al., v. Shop2657189 Store, et al., - | Pallmeyer |
| 21cv3973 | H-D U.S.A., LLC v. Shop1019296, et al. - | Tharp |
| 21cv3972 | Manchester United Football Club Limited, et al., v. Ruzong Store, et al., - | Pallmeyer |
| 21cv3997 | Oakley, Inc. v. The Partnerships, et al. | Rowland |
| 21cv4048 | Trias Holding AG v. MCMbagsoutletsale.com, et al. - | Alonso |
| 21cv4108 | Nirvana, L.l.c. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Shah |
| 21cv4113 | Nirvana, L.l.c. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Norgle |
| 21cv4112 | Nirvana, L.l.c. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Coleman |
| 21cv4259 | Deckers Outdoor Corporation v. The Partnerships, et al. | Seeger |
| 21cv4260 | Converse Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Seeger |
| 21cv4250 | Lynyrd Skynyrd Productions, Inc. v. The Partnerships, et al. | Pacold |
| 21cv4308 | Luxottica Group S.p.A., Oakley, Inc., Eye SAfety Systems, Inc., and Costa Del Mar, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Shah |
| 21cv4365 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Wood |
| 21cv4369 | Spin Master Inc. v. Dangyan Official Store, et al. - | Dow |
| 21cv4375 | Lululemon Athletica Canada Inc. v. The Partnerships, et al. | Kendall |
| 21cv4518 | Fox Head, Inc. v. The Partnerships, et al. | Shah |
| 21cv4498 | Peanuts Worldwide LLC v. The Partnerships, et al. | Gottschall |
| 21cv4514 | Nirvana, L.l.c. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Rowland |
| 21cv4526 | Richemont International SA, Cartier International A.G., Montblanc-simplo GmbH, Chloe S.A.s., Van Cleef & Arpels SA, and Officine Panerai A.G. v. The Partnerships, et al. | Kness |
| 21cv4620 | Monster Energy Company v. The Partnerships, et al. | Dow |
| 21cv4657 | Tommy Hilfiger Licensing LLC v. Hilfigeronline.com and The Individuals and Entities Operating Hilfigeroneline.com -, et al. | Chang |
| 21cv4705 | Volkswagen Group of America, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Gettleman |
| 21cv4699 | Volkswagen Group of America, Inc. v. The Partnerships, et al. | Chang |
| 21cv4701 | Tommy Hilfiger Licensing LLC, et al. v. The Partnerships | Leinenweber |
| 21cv4716 | Robert Diggs v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Gottschall |

| | | |
|---|---|---|
| 21cv4754 | Robert Diggs v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Valderrama |
| 21cv4743 | Entertainment One UK Ltd. v. The Partnerships, et al. | Kness |
| 21cv4741 | Samiel Asghedom, Individually and As Administrator For The Estate of Ermias Asghedom P/k/a "nipsey Hussle" v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Seeger |
| 21cv4775 | Celine SA, v. The Partnerships, et al. | Blakey |
| 21cv4758 | Volkswagen Group of America, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Kennelly |
| 21cv4814 | Bludgeon Riffola Ltd. v. The Partnerships and Unincorporated Associations Identified On Schedule "A", | Pacold |
| 21cv4833 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Norgle |
| 21cv4828 | Christian Dior Couture, S.A. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Kendall |
| 21cv4823 | H-D U.S.A., LLC v. The Partnerships, et al. | Feinerman |
| 21cv4826 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Ellis |
| 21cv4865 | Rimowa GmbH v. The Partnerships, et al. | Blakey |
| 21cv4861 | Christian Dior Couture, S.A. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Kness |
| 21cv4897 | Converse Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Kendall |
| 21cv4886 | Converse Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Chang |
| 21cv4915 | Gold's Gym Licensing LLC v. The Partnerships and Unincorporated Associations Identified On Schedule "A", | Kness |
| 21cv4986 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Shah |
| 21cv4992 | Dyson Technology Limited v. The Partnerships, et al. | Tharp |
| 21cv4995 | Monster Energy Company v. The Partnerships, et al. | Guzman |
| 21cv5017 | Oakley, Inc. v. The Partnerships, et al. | Coleman |
| 21cv5029 | Swarovski Aktiengesellschaft and Swarovski North America Limited v. The Partnerships, et al. | Alonso |
| 21cv5053 | Malcolm Mccormick Revocable Trust v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Seeger |
| 21cv5074 | Chapter 4 Corp. v. The Partnerships and Unincorporated Associations Identified On Schedule "A", | Ellis |
| 21cv5140 | Manchester United Football Club Limited, et al., v. The Partnerships | Ellis |
| 21cv5133 | Christian Dior Couture, S.A. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Feinerman |
| 21cv5137 | Sugartown Worldwide, LLC v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Pallmeyer |
| 21cv5141 | Zippo Manufacturing Company v. The Partnerships, et al. | Bucklo |
| 21cv5270 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Coleman |

| | | |
|---|---|---|
| 21cv5272 | Levi Strauss & Co. v. The Partnerships, et al. | Seeger |
| 21cv5271 | H-D U.S.A., LLC v. The Partnerships, et al. | Guzman |
| 21cv5331 | Peanuts Worldwide LLC v. The Partnerships, et al. | Alonso |
| 21cv5339 | Peanuts Worldwide LLC v. The Partnerships, et al. | Kennelly |
| 21cv5369 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Alonso |
| 21cv5361 | Nirvana, L.l.c. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Pacold |
| 21cv5366 | Oakley, Inc. v. The Partnerships, et al. | Leinenweber |
| 21cv5411 | Canada Goose Inc. v. The Partnerships, et al. | Valderrama |
| 21cv5412 | Peanuts Worldwide LLC v. The Partnerships, et al. | Chang |
| 21cv5420 | Deckers Outdoor Corporation v. The Partnerships, et al. | Rowland |
| 21cv5426 | Deckers Outdoor Corporation v. The Partnerships, et al. | Kendall |
| 21cv5458 | Luxottica Group S.p.A., Oakley, Inc., and Costa Del Mar, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Shah |
| 21cv5479 | Entertainment One UK Ltd. v. The Partnerships, et al. | Leinenweber |
| 21cv5465 | Peanuts Worldwide LLC v. The Partnerships, et al. | Gettleman |
| 21cv5474 | Advance Magazine Publishers Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A", | Kness |
| 21cv5478 | Advance Magazine Publishers Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A", | Pacold |
| 21cv5473 | Advance Magazine Publishers Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A", | Seeger |
| 21cv5491 | Chrome Cherry Limited v. The Partnerships, et al. | Valderrama |
| 21cv5510 | Innovation First, Inc. v. The Partnerships, et al. | Lee |
| 21cv5531 | Deckers Outdoor Corporation v. The Partnerships, et al. | Bucklo |
| 21cv5521 | Nba Properties, Inc. v. The Partnerships, et al. | Dow |
| 21cv5520 | Nba Properties, Inc., et al. v. The Partnerships | Gottschall |
| 21cv5522 | NFL Properties LLC v. The Partnerships, et al. | Aspen |
| 21cv5546 | Innovation First, Inc. v. The Partnerships, et al. | Shah |
| 21cv5540 | Kendra Scott, LLC v. The Partnerships, et al. | Bucklo |
| 21cv5563 | Marshall Amplification Plc v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Wood |
| 21cv5617 | Patagonia, Inc. v. The Partnerships, et al. | Alonso |
| 21cv5599 | Malcolm Mccormick Revocable Trust v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Dow |
| 21cv5701 | Converse Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Valderrama |
| 21cv5718 | Oakley, Inc. v. The Partnerships, et al. | Wood |
| 21cv5723 | Eye SAfety Systems, Inc. v. The Partnerships, et al. | Kendall |
| 21cv5711 | Oakley, Inc. v. The Partnerships, et al. | Seeger |
| 21cv5751 | Chrome Hearts LLC v. The Partnerships, et al. | Chang |
| 21cv5747 | NFL Properties LLC v. The Partnerships, et al. | Kness |

| | | |
|---|---|---|
| 21cv5778 | Chrome Hearts LLC v. The Partnerships, et al. | Blakey |
| 21cv5863 | Peanuts Worldwide LLC v. The Partnerships, et al. | Wood |
| 21cv5865 | Deckers Outdoor Corporation v. The Partnerships, et al. | Rowland |
| 21cv5879 | Fox Head, Inc. v. The Partnerships, et al. | Norgle |
| 21cv5875 | Entertainment One UK Ltd. v. The Partnerships, et al. | Pallmeyer |
| 21cv5877 | OnMyWhey, LLC v. The Partnerships, et al. | Shah |
| 21cv5982 | Monster Energy Company v. The Partnerships, et al. | Blakey |
| 21cv5975 | Robert Diggs v. The Partnerships, et al. | Pacold |
| 21cv5969 | PRL USA Holdings, Inc. v. The Partnerships, et al. | Shah |
| 21cv5976 | Swarovski Aktiengesellschaft and Swarovski North America Limited v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Pacold |
| 21cv6089 | Chrome Cherry Design Studio (Pty) Ltd v. The Partnerships, et al. | Bucklo |
| 21cv6103 | Dyson Technology Limited v. The Partnerships, et al. | Kness |
| 21cv6096 | Peanuts Worldwide LLC v. The Partnerships, et al. | Gettleman |
| 21cv6095 | Oakley, Inc. v. The Partnerships, et al. | Kness |
| 21cv6127 | Richemont International SA, Cartier International A.G., Montblanc-simplo GmbH, Chloe S.A.s., Van Cleef & Arpels SA, and Officine Panerai A.G. v. The Partnerships, et al. | Chang |
| 21cv6162 | H-D U.S.A., LLC v. The Partnerships, et al. | Kendall |
| 21cv6146 | Nike, Inc. v. The Partnerships, et al. | Alonso |
| 21cv6159 | Nike, Inc. v. The Partnerships, et al. | Ellis |
| 21cv6151 | Oakley, Inc. v. The Partnerships, et al. | Valderrama |
| 21cv6160 | Richemont International SA, Cartier International A.G., Montblanc-simplo GmbH, Chloe S.A.s., Van Cleef & Arpels SA, and Officine Panerai A.G. v. The Partnerships, et al. | Seeger |
| 21cv6161 | Oakley, Inc. v. The Partnerships, et al. | Durkin |
| 21cv6157 | Nirvana, L.l.c. v. The Partnerships, et al. | Norgle |
| 21cv6170 | Peanuts Worldwide LLC v. The Partnerships, et al. | Blakey |
| 21cv6269 | Dyson Technology Limited v. The Partnerships, et al. | Durkin |
| 21cv6264 | Samiel Asghedom, Individually and As Administrator For The Estate of Ermias Asghedom P/k/a "nipsey Hussle" v. The Partnerships, et al. | Aspen |
| 21cv6289 | Lynyrd Skynyrd Productions, Inc. v. The Partnerships, et al. | Chang |
| 21cv6311 | Samiel Asghedom, Individually and As Administrator For The Estate of Ermias Asghedom P/k/a "nipsey Hussle" v. The Partnerships, et al. | Seeger |
| 21cv6307 | Lynyrd Skynyrd Productions, Inc. v. The Partnerships, et al. | Rowland |
| 21cv6351 | Tommy Hilfiger Licensing LLC, Calvin Klein Trademark Trust and Calvin Klein, Inc. v. The Partnerships, et al. | Leinenweber |
| 21cv6476 | Fitness Anywhere LLC v. The Partnerships, et al. | Coleman |
| 21cv6491 | River Light V, L.P. and Tory Burch LLC v. The Partnerships, et al. | Rowland |
| 21cv6481 | Malcolm Mccormick Revocable Trust v. The Partnerships, et al. | Dow |
| 21cv6500 | Christian Dior Couture, S.A. v. The Partnerships, et al. | Norgle |
| 21cv6526 | BBC Studios Distribution Ltd v. The Partnerships, et al. | Valderrama |

| | | |
|---|---|---|
| 21cv6541 | Luxottica Group S.p.A., Oakley, Inc., and Costa Del Mar, Inc. v. The Partnerships and Unincorporated Associations Identified On Schedule "A," | Chang |
| 21cv6528 | BBC Studios Distribution Ltd v. The Partnerships, et al. | Wood |
| 21cv6531 | BBC Studios Distribution Ltd v. The Partnerships, et al. | Kennelly |
| 21cv6571 | Dyson Technology Limited v. The Partnerships, et al. | Seeger |
| 21cv6567 | Dyson Technology Limited v. The Partnerships, et al. | Pacold |
| 21cv6557 | Amer Sports Canada Inc. v. The Partnerships, et al. | Seeger |
| 21cv6621 | Luxottica Group S.p.A., Oakley, Inc., and Costa Del Mar, Inc. v. The Partnerships, et al. | Norgle |
| 21cv6631 | Converse Inc. v. The Partnerships, et al. | Pacold |
| 21cv6651 | SPIN MASTER LTD., a Canadian corporation and SPIN MASTER, INC., a Delaware corporation v. THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" | Dow |
| 21cv6644 | Studio Peyo S.A. v. The Partnerships, et al. | Feinerman |
| 21cv6630 | Crayola Properties, Inc. v. The Partnerships, et al. | Gettleman |
| 21cv6685 | Gs Holistic, LLC v. The Partnerships, et al. | Kocoras |
| 21cv6695 | Otter Products, LLC v. The Partnerships, et al. | Alonso |
| 21cv6694 | H-D U.S.A., LLC v. The Partnerships, et al. | Blakey |
| 21cv6728 | Lululemon Athletica Canada Inc. v. The Partnerships, et al. | Chang |
| 21cv6730 | Deckers Outdoor Corporation v. The Partnerships, et al. | Kennelly |
| 21cv6761 | Lululemon Athletica Canada Inc. v. The Partnerships, et al. | Durkin |
| 21cv6842 | Telfar LLC v. The Partnerships, et al. | Lee |
| 21cv6839 | Telfar LLC v. The Partnerships, et al. | Chang |
| 21cv6864 | Telfar LLC v. The Partnerships, et al. | Bucklo |