IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC., <br><br> Plaintiff, <br> v. <br><br> MY WARDROBE STORE, et al., <br><br> Defendants. | Case No. 21-cv-05473 <br><br> **Hon. Steven C. Seeger** <br><br> **Magistrate Judge Sheila M. Finnegan** |

**STIPULATION OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Advance Magazine Publishers Inc. and defendant Kope Family (collectively, the "Parties") hereby stipulate, in consideration of a negotiated settlement executed by the Parties, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against the Parties, with each party to bear its own attorney's fees and costs.

Dated this 2nd day of June 2022.

Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff*
*Advance Magazine Publishers Inc.*

/s/ Huang Min
Huang Min
Room 7010 Building 12, Jinqiao Garden Donghuan 1st Road,
 Longhua District
Shenzhen, Guangdong, China
18779553781
2072135650@qq.com

*Representative for Defendant Kope Family*